# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 9345

ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.

    Plaintiff,

-against-

SOLOMON SHIPPING & TRADING, INC.,

    Defendant.

State Of New York, County of New York SS:
JOLANTYNA CAGNEY
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on 26th day of NOVEMBER 2007 At: 8:25 PM.

At: 164 WILLIAM STREET, EAST ORANGE, NEW JERSEY 07017

Deponent served the Annexed: SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY

Upon: SOLOMON SHIPPING & TRADING, INC.

**PERSONAL SERVICE ON A CORPORATION**
A corporation, by delivering thereat a true copy to RICHARD SOLOMON (PRESIDENT) personally who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: BLACK Hair: BLACK App. Age: 45 App. Ht: 5'8" App. Wt. 175
Other identifying features:

Sworn to before me this 26th
day of NOVEMBER 2007

JOLANTYNA CAGNEY 116-9105

RAFAEL A. RIVERA
Commissioner of Deeds, State of New York
No. 07-____
Qualified in New York County
Commission Expires January 1, 200_