2-752086
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

      07 Civ. 9345 (RJS)

    Plaintiff,

      ORDER TO
      <u>SHOW CAUSE</u>

  - against -

SOLOMON SHIPPING & TRADING,
INC.,

    Defendant.
------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the annexed affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto, and Adrienne James, and upon all prior pleadings and proceedings herein, defendant SOLOMON SHIPPING & TRADING, INC. is summoned to show cause before the Hon. Richard J. Sullivan, D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, in Courtroom 21C thereof, on the 31st day of January, 2008, at 4:00 p.m. a.m. why judgment by default should not be entered against defendant due to defendant's failure to respond to the Complaint.

  PLEASE TAKE FURTHER NOTICE that service on defendant SOLOMON SHIPPING & TRADING, INC. by first class mail, postage prepaid, on or before January 17, 2008 shall be deemed sufficient service thereof.

  No prior application for the relief requested has been made.

Dated: New York, New York
   January 9, 2008

          _____
          U.S.D.J.