UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIM AMERICAN INTERGRATED
SHIPPING SERVICES INC.,

                      Plaintiff,

-v-

SOLOMON SHIPPING & TRADING,
INC.
                      Defendants.

Case No. 07-CV-09345(RJS)

ORDER
ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED, that the conference previously scheduled for March 4, 2008 at 11:30am is adjourned to April 3, 2008 at 10:15am.

    Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

    Counsel for the plaintiff is directed to notify all parties in this action by serving upon each of them a copy of this Order.

SO ORDERED.
DATED:
New York, New York 2/28/08, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE