2-752086

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

          Plaintiff,

- against -

SOLOMON SHIPPING & TRADING,
INC.,

          Defendant.
----------------------------------------X

07 Civ. 9345 (RJS)

NOTICE AND ORDER
WITHDRAWING ORDER
TO SHOW CAUSE, AND
OF SETTLEMENT AND
DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 4/3/08

    PLEASE TAKE NOTICE that the Order to Show Cause for Entry of Judgment by Default scheduled to be heard on April 3, 2008 at 10:15 a.m. be and hereby is withdrawn, and further

    PLEASE TAKE NOICE that the above captioned matter be and hereby is settled and dismissed, with prejudice and without costs, pursuant to Fed.R.Civ.P. 41, and subject to reopening by letter to the Court by April 15, 2008 should the settlement not be consummated.

Dated: New York, New York
       April 1, 2008

                     LAW OFFICES OF
                     ALBERT J. AVALLONE & ASSOCIATES

              By_____
                 Albert J. Avallone - AA1679
                 Attorneys for Plaintiff
                 ZIM AMERICAN INTEGRATED
                  SHIPPING SERVICES, INC.
                 551 Fifth Avenue, Suite 1625
                 New York, NY 10176
                 (212) 696-1760

SO ORDERED:
_____
U.S.D.J.
4/2/08